UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINA BISIGNANI,<br><br>        Plaintiff<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>        Defendants. | CIVIL ACTION NO. 3:25-CV-1099<br><br>(MEHALCHICK, J.) |

## ORDER

**AND NOW**, this 21st day of October, 2025, **IT IS HEREBY ORDERED** that plaintiff shall file a status report as to the service of defendant Citizens Bank, N.A. within fourteen (14) days from the date of this order or on before Tuesday, November 4, 2025.

                                                      **BY THE COURT:**

                                                      *s/Karoline Mehalchick*
                                                      **KAROLINE MEHALCHICK**
                                                      **United States District Judge**