IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gina Bisignani,<br><br>　　Plaintiff,<br>v.<br><br>Barclays Bank Delaware, et al.<br><br>　　Defendants. | Docket 3:25-cv-01099-KM<br><br>(Judge Karoline Mehalchick)<br><br><br>Filed Electronically |

## NOTICE OF VOLUNTARY DISMISSAL OF CITIZENS BANK, N.A. PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Gina Bisignani hereby gives notice that Defendant Citizens Bank, N.A. is voluntarily dismissed as a party with prejudice. Defendant Citizens Bank, N.A. has not served an answer or motion for summary judgment in this action.

Dated: October 22, 2025

Respectfully submitted,
/s/ Patrick J. Best, Esq.
Patrick J. Best, Esq.
Attorney for Plaintiff
ARM Lawyers
18 N. 8th Street
Stroudsburg PA 18360
570-420-7431