IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINA BISIGNANI,<br><br>    Plaintiff,<br><br>  v.<br><br>BARCLAYS BANK DELAWARE, ET AL.,<br><br>    Defendants. | CASE NO.: 3:25-cv-01099-KM<br><br>**JOINT STIPULATION TO STAY ACTION AND ARBITRATE CLAIMS AGAINST BARCLAYS BANK DELAWARE** |

**JOINT STIPULATION TO BINDING ARBITRATION AND STAY OF PROCEEDINGS**

  Plaintiff Gina Bisignani ("Plaintiff") and defendant Barclays Bank Delaware ("Barclays") (collectively, the "Parties") hereby stipulate and agree as follows:

  1. On or about July 4, 2025, Plaintiff filed an amended complaint, alleging, *inter alia*, that Barclays violated the Fair Credit Reporting Act pertaining to Plaintiff's RCI Elite Rewards MasterCard credit card account ending in 4300 (the "Account").  Dkt. 6.

  2. On August 7, 2025, Barclays filed an unopposed Motion for an Extension of Time to Answer the Amended Demand.  Dkt. 12.

  3. On August 8, 2025, the Court entered an Order granting the Motion for an Extension of Time to Answer the Amended Demand.  Dkt. 13.

  4. On August 22, 2025, Barclays filed its Answer to the Amended Complaint with Affirmative Defenses.  Dkt. 14.

  5. The Parties hereby stipulate and agree that Plaintiff will submit her claims against Barclays in this action to final and binding arbitration before the American Arbitration Association

("AAA"), pursuant to the terms and conditions of the card agreement governing Plaintiff's Account with Barclays (the "Card Agreement"), which is attached hereto as Exhibit 1.

6. Plaintiff shall initiate the arbitration within ninety (90) days of the entry of this Stipulated Order.

7. Plaintiff's claims against Barclays, and any discovery between Plaintiff and Barclays before this Court, shall be stayed pending arbitration.

8. Judgment upon the award rendered in the arbitration may be entered in this Court.

**WHEREFORE**, the Parties respectfully request the Court so-order this stipulation and refer Plaintiff's claims against Citibank to final and binding arbitration.

| | |
|---|---|
| */s/ Carlo Sabatini, Esq.* | */s/ Stefanie Malone-Zeitz* |
| Carlo Sabatini, Esq. | Stefanie Malone-Zeitz, Esq. |
| Sabatini Law Firm, LLC | **BALLARD SPAHR LLP** |
| 216 N. Blakely St. | 700 East Gate Drive, Suite 330 |
| Dunmore, PA 18512 | Mt. Laurel, NJ  08054 |
| Telephone: 570.341.9000 | Telephone: 856.761.3400 |
| Email: ecf@bankruptcypa.com | Facsimile: 856.761.1020 |
| | Email: malonezeitzs@ballardspahr.com |
| */s/ Patrick J. Best, Esq.* | |
| Patrick J. Best, Esq. | *Attorneys for Defendant Barclays Bank Delaware* |
| ARM Lawyers | |
| 18 N. 8th Street | |
| Stroudsburg, PA 18360 | |
| Telephone: 570.420.7431 | |
| Email: patrick@armlawyers.com | |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINA BISIGNANI,<br><br>                    Plaintiff,<br><br>          v.<br><br>BARCLAYS BANK DELAWARE, ET AL.,<br><br>                    Defendants. | CASE NO.: 3:25-cv-01099-KM |

**ORDER GRANTING STIPULATION TO ARBITRATION**
**AND STAY OF PROCEEDINGS**

      This matter has come before the Court on Defendant Barclays Bank Delaware ("Barclays") and Plaintiff Gina Bisignani ("Plaintiff") (collectively, the "Parties") stipulation to binding arbitration and stay proceedings as to Barclays, only.

      **IT IS HEREBY ORDERED** that the Parties' stipulation to bind arbitration and stay proceedings is **GRANTED** as follows:

      1.    The Plaintiff will submit all claims against Barclays in this action to final and binding arbitration before the American Arbitration Association ("AAA").

      2.    Plaintiff shall initiate the arbitration within 90 days of the judge signing the order compelling arbitration.

      3.    All claims against Barclays in this underlying action shall be stayed pending arbitration.

      4.    Judgment upon the award rendered in the arbitration may be entered in this Court.

      SO ORDERED:

_____
The Honorable Karoline Mehalchick