IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINA BISIGNANI,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BARCLAYS BANK DELAWARE, ET AL.,<br><br>　　　　　　　　Defendants. | CASE NO.: 3:25-cv-01099-KM |

## ORDER GRANTING STIPULATION TO ARBITRATION AND STAY OF PROCEEDINGS

This matter has come before the Court on Defendant Barclays Bank Delaware ("Barclays") and Plaintiff Gina Bisignani ("Plaintiff") (collectively, the "Parties") stipulation to binding arbitration and stay proceedings as to Barclays, only.

**IT IS HEREBY ORDERED** that the Parties' stipulation to bind arbitration and stay proceedings is **GRANTED** as follows:

1.　The Plaintiff will submit all claims against Barclays in this action to final and binding arbitration before the American Arbitration Association ("AAA").

2.　Plaintiff shall initiate the arbitration within 90 days of the judge signing the order compelling arbitration.

3.　All claims against Barclays in this underlying action shall be stayed pending arbitration.

4.　Judgment upon the award rendered in the arbitration may be entered in this Court.

**SO ORDERED:**

Dated: October 24, 2025

s/Karoline Mehalchick
_____
The Honorable Karoline Mehalchick