IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gina Bisignani, | Docket 3:25-cv-01099-KM |
| Plaintiff, | (Judge Karoline Mehalchick) |
| v. | |
| Barclays Bank Delaware, et al. | Filed Electronically |
| Defendants. | |

## PRAECIPE TO WITHDRAW APPEARANCE

To the Clerk of Courts:

Kindly withdraw my appearance as Plaintiff's attorney in this matter.

                        Respectfully submitted:

By:  /s/ Patrick J. Best_____
Patrick J. Best, PA309732
ARM Lawyers
18 N. 8th Street
Stroudsburg PA 18360
(570) 420-7431
Facsimile 484-544-8625
patrick@armlawyers.com