UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GINA BISIGNANI, | : | Civil No. 3:25-cv-01099 |
| | : | (Hon. Karoline Mehalchick) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, BARCLAYS BANK DELAWARE, NELNET SERVICING, LLC, and CITIZENS BANK, N.A., | : | |
| | : | |
| Defendants | : | |

**STIPULATION AND ORDER AUTHORIZING
DEFENDANT NELNET SERVICING, LLC TO FILE FIRST AMENDED
ANSWER AND AFFIRMATIVE AND OTHER DEFENSES
<u>TO THE FIRST AMENDED COMPLAINT</u>**

Defendant Nelnet Servicing, LLC ("Nelnet") and Plaintiff Gina Bisignani ("Plaintiff") hereby STIPULATE and AGREE (the "Stipulation") as follows:

1. Within five (5) business days of the date this Stipulation is entered as an Order of this Court, Nelnet may file the First Amended Answer and Affirmative and Other Defenses to the First Amended Complaint (the "First Amended Answer") in the form attached hereto as Exhibit A.

2. Plaintiff waives notice and service of the First Amended Answer.

| | |
|---|---|
| **SABATINI LAW FIRM, LLC** | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
| By: */s/Carlo Sabatini* | By: */s/Corinne Samler Brennan* |
| Carlo Sabatini, Esquire | Corinne Samler Brennan, Esquire |
| 216 N. Blakely Street | 1835 Market Street, Suite 1400 |
| Dunmore, PA 18512 | Philadelphia, PA 19103 |
| Telephone: (570) 614-4444 | Telephone: (215) 569-3393 |
| Email: carlo@bankruptcypa.com | Email: cbrennan@klehr.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Gina Bisignani* | *Nelnet Servicing, LLC* |
| Dated: February 16, 2026 | Dated: December 23, 2025 |

BY THE COURT:

_____, J.

2