UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINA BISIGNANI,<br><br>        Plaintiff<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>        Defendants. | CIVIL ACTION NO. 3:25-CV-1099<br><br>(MEHALCHICK, J.) |

### ORDER

**AND NOW**, this 3rd day of March, 2026, **IT IS HEREBY ORDERED** that the stay in the above-captioned case is **LIFTED**. The Court will place this case on it's April 2026 case management conference list. A separate scheduling order will be issued.

                                                          **BY THE COURT:**

                                                          *s/ Karoline Mehalchick*

                                                          **KAROLINE MEHALCHICK**
                                                          **United States District Judge**