## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINA BISIGNANI,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BARCLAYS BANK DELAWARE,<br>*et al.*,<br><br>　　　　　　　Defendant. | CIVIL ACTION<br><br>No. 3:25-cv-01099-KM |

### DEFENDANT BARCLAYS BANK DELAWARE'S UNOPPOSED MOTION TO REINSTATE THE STAY PENDING ARBITRATION

Defendant Barclays Bank Delaware ("Barclays") respectfully requests that the Court enter an Order reinstating the stay pending the ongoing arbitration of Plaintiff Gina Bisignani's ("Plaintiff") claims against Barclays, only.  Plaintiff does not oppose this Motion.  In support of its Motion, the Barclays states as follows:

1.　　　On October 22, 2025, Barclays filed a Joint Stipulation to Binding Arbitration and Stay of Proceedings ("Joint Stipulation") as to Plaintiff's claims against Barclays, only.  *See* ECF No. 17.

2.　　　On October 24, 2025, this Court issued an order (the "October 24, 2025 Order") granting the Joint Stipulation and staying all claims against Barclays in this action pending arbitration.  *See* ECF No. 18.

3.      The October 24, 2025 Order further instructed Plaintiff to "submit all claims against Barclays in this action to final and binding arbitration before the American Arbitration Association ("AAA")" within ninety days.  *Id.*

4.      On December 11, 2025, counsel for Plaintiff filed Plaintiff's demand for arbitration against Barclays with the AAA (the "Arbitration").

5.      On February 11, 2026, Barclays filed its Answer and Affirmative Defenses to Plaintiff's Demand for Arbitration.

6.      The AAA appointed an arbitrator and set the Preliminary Hearing for April 23, 2026.

7.      WHEREFORE, Barclays respectfully requests this Motion be granted, and that the Court issue an Order reinstating the stay pending the arbitration of Plaintiff's claims against Barclays in the AAA.

**RESPECTFULLY SUBMITTED this 13th day of April 2026:**

> */s/ Stefanie Malone-Zeitz, Esq.*
> Stefanie Malone-Zeitz, Esq.
> **Ballard Spahr LLP**
> 700 East Gate Drive, Suite 330
> Mount Laurel, NJ 08054
> T: 856.761.3414
> F: 856.761.1020
> malonezeitzs@ballardspahr.com
>
> *Counsel for Defendant,*
> *Barclays Bank Delaware*

2