**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GINA BISIGNANI, <br><br> Plaintiff, <br><br> v. <br><br> BARCLAYS BANK DELAWARE, *et al.*, <br><br> Defendant. | CIVIL ACTION <br><br> No. 3:25-cv-01099-KM |

**ORDER GRANTING UNOPPOSED MOTION TO REINSTATE STAY**
**PENDING ARBITRATION OF PLAINTIFF'S CLAIMS AGAINST**
**DEFENDANT BARCLAYS BANK DELAWARE**

Before the Court is Defendant Barclays Bank Delaware's ("Barclays") Unopposed Motion to Reinstate the Stay Pending Arbitration.

**IT IS HEREBY ORDERED** that the Barclays' Unopposed Motion to Reinstate the Stay relating to Plaintiff Gina Bisignani's claims against Barclays is **GRANTED**.

Dated: April ___, 2026                    **SO ORDERED:**

_____
The Honorable Karoline Mehalchick

5