## CERTIFICATE OF SERVICE

I hereby certify that on April 13th, 2026, I caused a copy of the foregoing to be served on all parties of record electronically via the Court's Electronic Filing System.


Dated: April 13th, 2026                                   */s/ Stefanie Malone-Zeitz*
                                                          Stefanie Malone-Zeitz

4