## CERTIFICATION OF CONCURRENCE

I hereby certify that, in compliance with Middle District of Pennsylvania L.R. 7.1, I have conferred via email with counsel for Plaintiff concerning the relief sought in the foregoing motion and that they have consented to entry of the requested relief.

Dated: April 13th, 2026                                  */s/ Stefanie Malone-Zeitz*
                                                          Stefanie Malone-Zeitz

3