## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINA BISIGNANI,<br><br>          Plaintiff,<br><br>     v.<br><br>BARCLAYS BANK DELAWARE,<br>*et al.*,<br><br>          Defendant. | CIVIL ACTION<br><br>No. 3:25-cv-01099-KM |

## ORDER GRANTING UNOPPOSED MOTION TO REINSTATE STAY PENDING ARBITRATION OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT BARCLAYS BANK DELAWARE

Before the Court is Defendant Barclays Bank Delaware's ("Barclays") Unopposed Motion to Reinstate the Stay Pending Arbitration.

**IT IS HEREBY ORDERED** that the Barclays' Unopposed Motion to Reinstate the Stay relating to Plaintiff Gina Bisignani's claims against Barclays is **GRANTED**.

Dated: April 14, 2026

SO ORDERED:

_Karoline Mehalchick_
The Honorable Karoline Mehalchick