**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GINA BISIGNANI, | |
| Plaintiff | CIVIL ACTION NO. 3:25-CV-01099 |
| v. | (MEHALCHICK, J.) |
| BARCLAYS BANK DELAWARE et. al., | |
| Defendants | |

**ORDER**

**AND NOW,** this 15th day of July, 2026, **IT IS ORDERED** that the Letter from counsel for Defendant Nelnet Servicing, LLC (Doc. 30) is **REFERRED** to Chief Magistrate Judge Daryl F. Bloom for referral to a U.S. Magistrate Judge for resolution.

BY THE COURT:

_s/ Karoline Mehalchick_

**KAROLINE MEHALCHICK**
**United States District Judge**