IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GINA BISIGNANI,                           : Civil No. 3:25-CV-1099
                                          :
            Plaintiff,                     :
                                          : (Judge Mehalchick)
      v.                                   :
                                          : (Chief Magistrate Judge Bloom)
BARCLAYS BANK                              :
DELEWARE, et al.,                          :
                                          :
            Defendants.                    :

## ORDER

AND NOW, this 15th day of July 2026, IT IS HEREBY ORDERED

THAT the court will conduct a telephonic conference regarding

Defendant Nelnet Servicing, LLC's discovery dispute correspondence[1] on

**Friday, July 31, 2026, at 11:00 a.m.**    Prior to the conference, **on or before**

**Friday, July 24, 2026**, the plaintiff shall file a letter response to the

defendant's correspondence outlining her position with respect to the

discovery dispute.

                                    *S/ Daryl F. Bloom*
                                    Daryl F. Bloom
                                    United States Magistrate Judge

---

[1] Doc. 30.