**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Gina Bisignani,                                         :
                                                        :
    Plaintiffs                      :
                                                        :
Vs.                                                     :
                                                        :
                                                        :    Civil Action No:  3:25-cv-1099
                                                        :    Judge Karoline Mehalchick
                                                        :
Experian Information Solutions, Inc. et al.,            :
                                                        :
    Defendants                      :
                                                        :

**MEDIATION REPORT**

    In accordance with the Court's mediation order, a mediation conference was held on July 16, 2026, and the results of that conference are indicated below:

        _____ X __    **The case has been completely settled.**

        _____    **No settlement reached.**

        _____    **The parties have reached an impasse.**


    Date:  7/17/2026        Thomas I. Vanaskie, Esq._____
                                 Thomas I. Vanaskie, Mediator

                               _____