## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

GINA BISIGNANI,

     Plaintiff,

v.

BARCLAYS BANK DELAWARE et al.,

     Defendants.

Docket 3:25-cv-01099-KM

(Judge Karoline Mehalchick)

### PLAINTIFF'S MOTION TO DISMISS NELNET

1.     This matter was filed against multiple defendants. Two remain: Barclays Bank Delaware ("Barclays") and Nelnet Servicing, LLC ("Nelnet"). The claims against Barclays have been stayed pending arbitration in AAA. (Docs. 18, 25)

2.     Following the mediator's report announcing the settlement between Plaintiff and Nelnet, this Court entered an order on July 20, 2026 requiring the parties to submit an appropriate dismissal filing as soon as practicable.

WHEREFORE, Plaintiff respectfully requests that the claims against Nelnet be dismissed without costs and without prejudice, but that the court retain jurisdiction for 60 days for enforcement of the settlement.

Respectfully Submitted,

/s/ Carlo Sabatini
Carlo Sabatini, PA 83831
SABATINI LAW FIRM, LLC
216 N. Blakely St.

Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email: carlo@sabatinilawfirm.com

*Attorney for Plaintiff*

## Certificate of Non-Concurrence

A draft of this motion was provided to Nelnet on July 20, 2026. Concurrence was requested again on July 21, 2026. In light of this Court's order requiring that the instant motion be filed "as soon as practicable," and that Plaintiff's counsel will be on vacation from mid-day July 22, 2026 through the weekend, the last request explained that the instant motion would be filed as "without concurrence" if approval had not been obtained by 10:30 A.M. on July 22, 2026. As of the filing of this motion, concurrence has not been received.

/s/ Carlo Sabatini
Carlo Sabatini