**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GINA BISIGNANI, | Docket 3:25-cv-01099-KM |
| Plaintiff, | (Judge Karoline Mehalchick) |
| v. | |
| BARCLAYS BANK DELAWARE et al., | |
| Defendants. | |

## ORDER

**AND NOW,** this _____ day of _____ **2026,** upon consideration of *Plaintiff's Motion to Dismiss Nelnet*, **IT IS HEREBY ORDERED** that the claims against Nelnet Servicing, LLC are **DISMISSED** without costs and without prejudice to the right of either party, upon good cause shown within 60 days, to reinstate the action to enforce the settlement.

**BY THE COURT:**

_____
**KAROLINE MEHALCHICK**
**United States District Judge**