## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| GINA BISIGNANI, | : | Civil No. 3:25-cv-01099 |
|  | : | (Hon. Karoline Mehalchick) |
| Plaintiff | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| EXPERIAN INFORMATION | : |  |
| SOLUTIONS, INC., TRANS UNION LLC, | : |  |
| BARCLAYS BANK DELAWARE, | : |  |
| NELNET SERVICING, LLC, and | : |  |
| CITIZENS BANK, N.A., | : |  |
|  | : |  |
| Defendants | : |  |
|  | : |  |

## DEFENDANT NELNET SERVICING, LLC'S
## CERTIFICATE OF NON-CONCURRENCE

Defendant Nelnet Servicing, LLC ("Nelnet"), by and through its undersigned counsel, hereby files this Certificate of Non-Concurrence to clarify the certificate that accompanies Plaintiff's Motion to Dismiss Nelnet (the "Motion"). See ECF No. 35. On July 21, 2026, your undersigned advised counsel for Gina Bisignani ("Plaintiff" and, together with Nelnet, the "Parties") that filing the Motion would be premature. Although the Parties continue to negotiate the terms and conditions of a written settlement agreement, no resolution on the form of that document has been reached to date, and therefore Nelnet is unable to concur in the Motion as filed, particularly with respect to its representation that there presently exists an agreement to enforce. Nelnet expressly reserves all rights and remedies with respect thereto, none of which are waived.

Respectfully submitted:

**KLEHR HARRISON HARVEY BRANZBURG LLP**

By:   */s/Corinne Samler Brennan*
      Corinne Samler Brennan, Esquire
      1835 Market Street, Suite 1400
      Philadelphia, PA  19103
      Telephone: (215) 569-2700
      Email: cbrennan@klehr.com

      *Attorneys for Nelnet Servicing, LLC*

Dated: July 23, 2026

2