UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GINA BISIGNANI, | : | Civil No. 3:25-cv-01099 |
| | : | (Karoline Mehalchick) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| EXPERIAN INFORMATION | : | |
| SOLUTIONS, INC., TRANS UNION LLC, | : | |
| BARCLAYS BANK DELAWARE, | : | |
| NELNET SERVICING, LLC, and | : | |
| CITIZENS BANK, N.A., | : | |
| | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Corinne Samler Brennan, Esquire, certify that on July 23, 2026, I served Defendant

Nelnet Servicing, LLC's Certificate of Non-Concurrence upon the following via the CM/ECF

System of the Court.

Carlo Sabatini, Esquire
carlo@bankruptcypa.com
*Counsel for Plaintiff*

**KLEHR HARRISON HARVEY
BRANZBURG LLP**

By:  */s/Corinne Samler Brennan*
Corinne Samler Brennan, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3393
Email: cbrennan@klehr.com

*Attorney for Defendant
Nelnet Servicing, LLC*

PHIL1\20225903.v1