## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

GINA BISIGNANI,

      Plaintiff,

v.

BARCLAYS BANK DELAWARE et al.,

      Defendants.

Docket 3:25-cv-01099-KM

(Judge Karoline Mehalchick)

## ORDER

**AND NOW**, this *23rd* day of ___*July*___ **2026,** upon consideration of

*Plaintiff's Motion to Dismiss Nelnet*, **IT IS HEREBY ORDERED** that the claims

against Nelnet Servicing, LLC are **DISMISSED** without costs and without

prejudice to the right of either party, upon good cause shown within 60 days, to

reinstate the action to enforce the settlement.

                      **BY THE COURT:**

                      *Karoline Mehalchick*
                      **KAROLINE MEHALCHICK**
                      **United States District Judge**